## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No.:

THOMAS WOODWARD,

      Plaintiff,

vs.

RECEIVABLES PERFORMANCE MANAGEMENT, LLC,
and ENHANCED RECOVERY COMPANY, LLC,

      Defendants.

_____/

## COMPLAINT

1.      Plaintiff alleges a violation of the Fair Debt Collection Practices Act, 15 U.S.C. 1692 et seq. ("FDCPA"), and the Florida Consumer Collection Practices Act, Fla. Stat.  559.55 et seq. ("FCCPA") against Defendant RECEIVABLES PERFORMANCE MANAGEMENT, LLC, and against Defendant ENHANCED RECOVERY COMPANY, LLC.

## JURISDICTION

2.      Jurisdiction of this Court arises under 28 U.S.C. § 1331, 1337, 1367, and pursuant to the FDCPA, and the FCCPA.

3.      This action arises out of Defendant's violation of the FDCPA and the FCCPA by these Defendants in their illegal efforts to collect a consumer debt from Plaintiff.

4.      Venue is proper in this District because the acts and transactions occurred here, Plaintiff resides here, and Defendants transact business here.

## PARTIES

5.      Plaintiff, THOMAS WOODWARD, is a natural person who resides in the City of Hollywood, State of Florida, and is a "consumer" as that term is defined by 15 U.S.C. § 1692a(3) and also pursuant to Fla. Stat Ann. 559.55(2).

6.      Defendant ENHANCED RECOVERY COMPANY, LLC regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts (hereinafter "ENHANCED" is a registered debt collector operating from an address of 8014 Bayberry Road, Jacksonville, FL 32256 and is a "debt collector" as that term is defined by Fla. Stat. 559.55 and pursuant to the F.D.C.P.A, 15 U.S.C. 1692 (a)(3).

7.      Defendant RECEIVABLES PERFORMANCE MANAGEMENT, LLC (hereinafter "RECEIVABLES" regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts, and is a "debt collector" as that term is defined by Fla. Stat.559.55 and pursuant to the F.D.C.P.A., 15 U.S.C. 1692(a)(3) .   Defendant RECEIVABLES operates from an address of 20816 44th Avenue West, Lynnwood, WA 98036.

## FACTUAL ALLEGATIONS

8.      Plaintiff was the victim of identity theft and reported the same to the Miramar Police Department on or about February 4, 2010.  (See Exhibit A)  Subsequent to Plaintiff's identity being stolen, an individual opened up numerous personal charge accounts, which were thereafter assigned to Defendants for collection purposes

9.      Defendant ENHANCED has called Plaintiff a minimum of 88 times in an attempt to collect a debt for which Plaintiff has no legal obligation to pay.  Plaintiff has repeatedly told ENHANCED that he was the victim of identity theft, provided all relevant information, and insisted that they stop calling him, to no avail.  EHNANCED has also sent dunning letters to

Plaintiff's residence throughout 2012, similar to the 9/10/2012 mailing, attached as (Exhibit B). These telephone calls and letters were "communications" as contemplated by the FCCPA and FDCPA.

10.     Defendant RECEIVABLES has called Plaintiff a minimum of 139 times in an attempt to collect a debt for which Plaintiff has no legal obligation to pay.  Plaintiff has repeatedly told RECEIVABLES that he was the victim of identity theft, provided all relevant information, and insisted that they stop calling him, to no avail.  RECEIVABLES has also sent dunning letters to Plaintiff's residence throughout 2012, similar to the 8/8/2012 mailing, attached as (Exhibit C).  These telephone calls and letters were "communications" as contemplated by the FCCPA and FDCPA.

11.     Defendants sought to collect from Plaintiff an alleged debt that he simply bears no legal responsibility for.

12.     Defendants attempted to enforce a debt that it knew was not legitimate.

13.     Defendants attempted to collect an amount of the debt that was not expressly authorized by the agreement creating the debt or permitted by law.

## SUMMARY

14.     The above-described collection communications made by Defendants were made in violation of numerous and multiple provisions of the FDCPA, including but not limited to 15 U.S.C. § 1692e(2), 1692e(8), 1692e(10),  1692f(1), as well as the FCCPA § 559.72(9).

## TRIAL BY JURY

15.     Plaintiff is entitled to and hereby respectfully demands a trial by jury on all issues so triable.

<u>**COUNT 1**</u>
<u>**CAUSES OF ACTION AGAINST DEFENDANT RECEIVABLES PERFORMANCE**</u>
<u>**MANAGEMENT, LLC, VIOLATIONS OF THE FAIR DEBT COLLECTION**</u>
<u>**PRACTICES ACT 15 U.S.C. § 1692 et seq.**</u>

16.     Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

17.     The foregoing act and omission of the Defendants constitute numerous and multiple violations of the FDCPA including, but not limited to, each and every one of the above-cited provisions of the FDCPA, 15 U.S.C. § 1692 et seq., with respect to the Plaintiff.

18.     As a result of the Defendants' violation of the FDCPA, Plaintiff is entitled to statutory damages in an amount up to $1,000.00 pursuant to 15 U.S.C. § 1692k(a)(2)(A); and, reasonable attorneys' fees and costs pursuant to 15 U.S.C. § 1692k(a)(3), from the Defendants herein.

WHEREFORE, Plaintiff requests that this Honorable Court enter judgment in favor of Plaintiff and against Defendants for:

A)     Damages and
B)     Attorneys' fees and costs.

<u>**COUNT 2**</u>
<u>**AGAINST DEFENDANT RECEIVABLES PERFORMANCE MANAGEMENT, LLC**</u>
<u>**VIOLATION OF THE FAIR DEBT COLLECTION PRACTICES ACT**</u>
<u>**15 U.S.C. § 1692e(2)**</u>

19.     Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

20.     Defendants falsely represented the character of the debt that was allegedly owed to Defendant.

21.     Defendants attempted to collect the debt from Plaintiff that it knew was not legitimate.

WHEREFORE, Plaintiff requests that this Honorable Court enter judgment in favor of Plaintiff and against Defendant for:

A)    Damages and
B)    Attorneys' fees and costs.

## COUNT 3
## AGAINST DEFENDANT RECEIVABLES PERFORMANCE MANAGEMENT, LLC, VIOLATION OF THE FAIR DEBT COLLECTION PRACTICES ACT
## 15 U.S.C. § 1692f(1)

22.     Plaintiff incorporates by reference all of the above paragraphs of this Complain as though fully stated herein.

23.     Defendants falsely represented the character of the alleged debt that was allegedly owed to Defendant.

24.     The alleged debt that Defendants attempted to collect from Plaintiff was not expressly authorized by the agreement creating the alleged debt nor was it permitted by law.

WHEREFORE, Plaintiff requests that this Honorable Court enter judgment in favor of Plaintiff and against Defendants for:

A)    Damages and
B)    Attorneys' fees and costs.

## COUNT 4
## AGAINST DEFENDANT RECEIVABLES PERFORMANCE MANAGEMENT, LLC VIOLATION OF THE FLORIDA CONSUMER COLLECTION
## PRACTICES ACT 559.72(9)

25.     Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

26.     Defendants attempted to enforce a debt that it knew was not legitimate.

WHEREFORE, Plaintiff requests that this Honorable Court enter judgment in favor of Plaintiff and against Defendants for:

A)   Damages and
B)    Attorneys' fees and costs.

## <u>COUNT 1</u>
## <u>CAUSES OF ACTION AGAINST DEFENDANT ENHANCED RECOVERY COMPANY, LLC, VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT 15 U.S.C. § 1692 et seq.</u>

27.     Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

28.     The foregoing act and omission of the Defendants constitute numerous and multiple violations of the FDCPA including, but not limited to, each and every one of the above-cited provisions of the FDCPA, 15 U.S.C. § 1692 et seq., with respect to the Plaintiff.

29.     As a result of the Defendants' violation of the FDCPA, Plaintiff is entitled to statutory damages in an amount up to $1,000.00 pursuant to 15 U.S.C. § 1692k(a)(2)(A); and, reasonable attorneys' fees and costs pursuant to 15 U.S.C. § 1692k(a)(3), from the Defendants herein.

WHEREFORE, Plaintiff requests that this Honorable Court enter judgment in favor of Plaintiff and against Defendants for:

A)   Damages and
B)    Attorneys' fees and costs.

## COUNT 2
## AGAINST DEFENDANT ENHANCED RECOVERY COMPANY, LLC
## VIOLATION OF THE FAIR DEBT COLLECTION PRACTICES ACT
## 15 U.S.C. § 1692e(2)

30.     Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

31.     Defendants falsely represented the character of the debt that was allegedly owed to Defendant.

32.     Defendants attempted to collect the debt from Plaintiff that it knew was not legitimate.

WHEREFORE, Plaintiff requests that this Honorable Court enter judgment in favor of Plaintiff and against Defendant for:

A)   Damages and
B)    Attorneys' fees and costs.

## COUNT 3
## AGAINST DEFENDANT ENHANCED RECOVERY COMPANY, LLC,
## VIOLATION OF THE FAIR DEBT COLLECTION PRACTICES ACT
## 15 U.S.C. § 1692f(1)

33.     Plaintiff incorporates by reference all of the above paragraphs of this Complain as though fully stated herein.

34.     Defendants falsely represented the character of the alleged debt that was allegedly owed to Defendant.

35.     The alleged debt that Defendants attempted to collect from Plaintiff was not expressly authorized by the agreement creating the alleged debt nor was it permitted by law.

WHEREFORE, Plaintiff requests that this Honorable Court enter judgment in favor of Plaintiff and against Defendants for:

A)   Damages and
B)   Attorneys' fees and costs.

## COUNT 4
## AGAINST ENHANCED RECOVERY COMPANY, LLC
## VIOLATION OF THE FLORIDA CONSUMER COLLECTION PRACTICES
## ACT 559.72(9)

36.     Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

37.     Defendants attempted to enforce a debt that it knew was not legitimate.

WHEREFORE, Plaintiff requests that this Honorable Court enter judgment in favor of Plaintiff and against Defendants for:

A)   Damages and
B)    Attorneys' fees and costs.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays that judgment be entered against the Defendants.

Dated:  February 28, 2013                     Respectfully submitted,


                                              J. Dennis Card Jr.
                                              J. Dennis Card Jr., Esq.
                                              Florida Bar No.:  0487473
                                              E-mail: DCard@archerbay.com
                                              Archer Bay, P.A.
                                              2501 Hollywood Boulevard, Suite 100
                                              Hollywood, Florida 33020
                                              Telephone: (954) 921-9994
                                              Facsimile: (954) 921-9553
                                              Attorney for Plaintiff

| | | INCIDENT/INVESTIGATION REPORT | | Case# 10-02-00884 |
|---|---|---|---|---|

**Agency Name** Miramar Police Department

**ORI** FL0062200

**Case#** 10-02-00884

**Date / Time Reported** 02/04/2010 17:30 Thu

**Last Known Secure** 12/15/2008 12:00 Mon

**At Found** 02/04/2010 17:30 Thu

**Location of Incident** 3221 Enterprise Way, Miramar FL 33025-

**Premise Type** School/university

**Zone/Tract** Z6, S62

### INCIDENT DATA

**#1 Crime Incident(s)** Information INFO (Com)
Weapon / Tools NO WEAPON
Entry / Exit / Security / Activity

**#2 Crime Incident** ( )
Weapon / Tools
Entry / Exit / Security / Activity

**#3 Crime Incident** ( )
Weapon / Tools
Entry / Exit / Security / Activity

### MO

### VICTIM

**# of Victims** 0  **Type:**  **Injury:**  **Domestic:** N

| V1 Victim/Business Name (Last, First, Middle) | Victim of Crime # | DOB / Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|

Home Address / Home Phone

Employer Name/Address / Business Phone / Mobile Phone

| VYR | Make | Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|---|---|

### OTHERS INVOLVED

CODES: V- Victim (Denote V2, V3)  O = Owner (if other than victim)  R = Reporting Person (if other than victim)

**Type:** INDIVIDUAL (NOT A LE OFFICER)  **Injury:**
**Code RP** Name (Last, First, Middle) WOODWARD, THOMAS  **DOB** Age 53  **Race** W  **Sex** M

Home Address ____ Hollywood FL 33021  Home Phone 954-

**Type:** INDIVIDUAL (NOT A LE OFFICER)  **Injury:**
**Code IO** Name (Last, First, Middle) JOHNSON, KADAREL  **DOB** Age 30  **Race** B  **Sex** M

Home Address ____ Miami Dade, FL 33142  Home Phone

### PROPERTY

L = Lost  S = Stolen  R = Recovered  D = Damaged  Z = Seized  B = Burned  C = Counterfeit / Forged  F = Found (*O]* = Recovered for Other Jurisdiction)

| VI# | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|

**Officer/ID#** POINTDUJOUR, R. (298)

**Invest ID#** (0)  **Supervisor** (0)

**Status** Complainant Signature  **Case Status** Inactive 02/08/2010  **Case Disposition:**  **Page** 1

Printed By: WSWEENEY, 6001  Sys#: 108550  02/25/2010 11:47

EXHIBIT A



# Enhanced Recovery Company, LLC

September 10, 2012

**Creditor:** Wells Fargo Bank NA
**Original Creditor:** WELLS FARGO BANK NA
**Account Number:** XXXXXXXXXXXXXX9581
**Amount of Debt:** $131.39
**Reference Number:** 66870247

### COLLECTION NOTICE

THOMAS WOODWARD

Wells Fargo Bank NA has attempted to resolve your account. As a result of your failure to resolve your financial obligation with Wells Fargo Bank NA, your account has been assigned to Enhanced Recovery Company, LLC for collection efforts.

Upon receipt and clearance of $131.39, your account will be closed and collection efforts will cease.





Send correspondence to: Enhanced Recovery Company, LLC, 8014 Bayberry Rd., Jacksonville, FL 32256-7412

Office Hours (Eastern Time): Mon - Thur: 8:00 am - 11:00 pm; Fri: 8:00 am - 10:00 pm; Sat: 8:00 am - 5:00 pm

**This is an attempt to collect a debt. Any information obtained will be used for that purpose.**
**NOTICE - SEE REVERSE SIDE FOR IMPORTANT NOTICES AND CONSUMER RIGHTS**

---

Please do not send correspondence to this address.

P.O. BOX 1259, Dept 98696
Oaks, PA 19456

| IF PAYING BY CREDIT OR DEBIT CARD, FILL OUT BELOW OR IF PAYING BY CHECK OR MONEY ORDER PLEASE REMIT TO ADDRESS BELOW. | |
|---|---|
| ☐ VISA   ☐ ⬤   ☐ | BILLING ZIP |
| CARD NUMBER | SECURITY CODE |
| SIGNATURE | EXP. DATE |

| REFERENCE NUMBER | AMOUNT OF DEBT | AMOUNT PAID |
|---|---|---|
| 66870247 | $131.39 | $ |

September 10, 2012

THOMAS WOODWARD
HOLLYWOOD FL 33021-7200

98099 - 6124

Enhanced Recovery Company, LLC
8014 Bayberry Rd.
Jacksonville, FL 32256-7412





EXHIBIT B



**RPM**
Receivables Performance Management
20116 44th Ave W
Lynnwood, WA 98036

HSO

Woodward, Thomas A
Fort Lauderdale, FL 33310-8701

Dear Customer,

Your account has been listed with Receivables Performance Management for payment processing and collection. If you have any questions or need assistance, please call TOLL FREE 866.212.7408.

| Reference Number: | 35333646 |
| Creditor: | Genesis Financial Services "GFS" |
| Date: | 08-08-12 |
| Amount Due: | $580.32 |

In the event that your payment is by check, we may present your check electronically. In the ordinary course of business, your check will not be provided to you with your bank statement, but a copy can be retrieved by other means.

**This communication is from a debt collector. The purpose of this notice is to collect a debt. Any information obtained will be used for that purpose.**

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, that you dispute the validity of this debt or any portion thereof, this office will: obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

You may qualify for a settlement, please Call 866.212.7408

Estimado cliente:

Su cuenta ha sido listada con Receivables Performance Management para procesamiento de pago y cobranza. Si tuviese alguna pregunta o necesita ayuda, por favor contáctese a la línea sin cargo 866.212.7408.

| Número de referencia: | 35333646 |
| Acreedor: | Genesis Financial Services "GFS" |
| Fecha: | 08-08-12 |
| Cantidad adeudada: | $580.32 |

Si el pago es efectuado en cheque, el mismo será presentado electrónicamente. Siguiendo el curso de la operación, su cheque no le será provisto con el estado de su cuenta bancaria, si bien una copia podrá ser devuelta de otra forma.

Esta comunicación es de un cobrador de morosos. El propósito de esta nota deberá reunir una deuda. Cualquier información obtenida se utilizará para ese propósito.

A menos que usted notifique esta oficina dentro de 30 días después que recibir esta nota que usted disputa la validez de esta deuda o cualquier porción del mismo, esta oficina asumirá que esta deuda es válida. Si usted notifica esta oficina en la escritura dentro de 30 días de recibir esta nota, que usted disputa la validez de esta deuda o cualquier porción del mismo, esta oficina hace: obtiene comprobación de la deuda u obtiene una copia del juicio y le envía una copia de tal juicio o comprobación. Si usted solicita esta oficina en la escritura dentro de 30 días después de recibir esta nota, esta oficina le proporcionará con el nombre y dirección del acreedor original, si diferente del acreedor actual.

Ud. podrá calificar para un acuerdo, contáctese al 866.212.7408.

✂ — — — To ensure proper credit, please cut the bottom portion of this notice and return with your payment.
Para asegurar crédito apropiado, corte por favor la porción inferior de este aviso y vuelva con su pago. — — — ✂

File Number: 31171461  HSO
Número de archivo

Notice Date.............: 10-10-12
Fecha de notificación

Amount Due.............: $580.32
Cantidad adeudada

Please make check or money order payable to:
Sírvase enviar cheque o giro bancario a nombre de:

Receivables Performance Management LLC
PO Box 1548
Lynnwood, WA 98046-1548

**EXHIBIT C**

You can make payments on-line at www.rpmpayments.com
Usted puede hacer pagos en línea en www.rpmpayments.com

355120566640
40167/020004