## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

THOMAS WOODWARD,

                                              Case No.: 13-60479-CIV-DIMITROULEAS

    Plaintiff,

vs.

RECEIVABLES PERFORMANCE MANAGEMENT, LLC,
and ENHANCED RECOVERY COMPANY, LLC,

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT ENHANCED RECOVERY COMPANY, LLC

    Having amicably resolved all matters in controversy, THOMAS WOODWARD (Plaintiff herein), voluntary dismisses this action with prejudice as to Defendant ENHANCED RECOVERY COMPANY, LLC, (Defendant herein), with each party to bear its own attorneys' fees and costs.

Dated: May 13, 2013                          Respectfully submitted,

                                                s/ J. Dennis Card, Jr.
                                                J. Dennis Card, Jr., Esq.
                                                E-mail: DCard@Archerbay.com
                                                Florida Bar No.: 0487473
                                                Archer Bay, P.A.
                                                330 N. Andrews Avenue, Suite 400
                                                Fort Lauderdale, Florida 33301
                                                Telephone: (954) 921-9994
                                                Facsimile: (305) 574-0132
                                                Attorney for Plaintiff