UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 13-60479-CIV-DIMITROULEAS**

THOMAS WOODWARD,

    Plaintiff,

vs.

RECEIVABLES PERFORMANCE MANAGEMENT, LLC,
and ENHANCED RECOVERY COMPANY, LLC,

    Defendants.
_____/

**ORDER APPROVING NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

THIS CAUSE is before the Court upon Plaintiff's Notice of Voluntary Dismissal With Prejudice As To Defendant Enhanced Recovery Company, LLC (the "Notice") [DE 5], filed on May 13, 2013.  The Court has carefully considered the Notice [DE 5] and is otherwise fully advised in the premises.

Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action without a court order "before the opposing party serves either an answer or a motion for summary judgment," as is the case here.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.    The Notice [DE 5] is **APPROVED;**

2.    This case is **DISMISSED WITH PREJUDICE** as to Defendant Enhanced Recovery Company, LLC, only;

3. The action remains open as to Defendant Receivables Performance Management, LLC.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 13th day of May, 2013.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record