UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THOMAS WOODWARD,

                                            Case No.: 13-60479-CIV-DIMITROULEAS

    Plaintiff,

vs.

RECEIVABLES PERFORMANCE MANAGEMENT, LLC,
and ENHANCED RECOVERY COMPANY, LLC,

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT RECEIVABLES PERFORMANCE MANAGEMENT, LLC**

      Having amicably resolved all matters in controversy, THOMAS WOODWARD (Plaintiff herein), voluntary dismisses this action with prejudice as to Defendant RECEIVABLES PERFORMANCE MANAGEMENT, LLC, (Defendant herein), with each party to bear its own attorneys' fees and costs.

Dated: May 20, 2013                        Respectfully submitted,

                                            s/ J. Dennis Card, Jr.
                                            J. Dennis Card, Jr., Esq.
                                            E-mail: DCard@Archerbay.com
                                            Florida Bar No.: 0487473
                                            Archer Bay, P.A.
                                            330 N. Andrews Avenue, Suite 400
                                            Fort Lauderdale, Florida 33301
                                            Telephone: (954) 921-9994
                                            Facsimile: (305) 574-0132
                                            Attorney for Plaintiff