UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-60479-CIV-DIMITROULEAS

THOMAS WOODWARD,

    Plaintiff,

vs.

RECEIVABLES PERFORMANCE MANAGEMENT, LLC,
and ENHANCED RECOVERY COMPANY, LLC,

    Defendants.
_____/

## AMENDED ORDER APPROVING VOLUNTARY DISMISSAL

THIS CAUSE is before the Court upon the Notice of Voluntary Dismissal (the "Notice") [DE 7], filed herein on May 20, 2013.  The Court has carefully considered the Notice [DE 7] and is otherwise fully advised in the premises.

The Court previously issued an Order [DE 8], but that Order [DE 8] contained a typographical error.  The action should have dismissed "with prejudice" and not "without prejudice."  This Order corrects that error.  The remainder of the previous order is set forth below.

                *      *      *

Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action without a court order "before the opposing party serves either an answer or a motion for summary judgment," as is the case here.  Through the Notice [DE 7], Plaintiff has dismissed Receivables Performance Management, LLC, the only remaining Defendant in this action.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Notice [DE 7] is **APPROVED**;

2. This action is **DISMISSED WITH PREJUDICE**;

3. The Clerk shall **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 21st day of May, 2013.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record